UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| CAROLYN SUE JACKSON, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NO. 3:14-cv-01996 |
|  | ) | CHIEF JUDGE CRENSHAW |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is a Report and Recommendation (Doc. No. 18) in which the Magistrate Judge recommends that the Court deny the Plaintiff's Motion for Judgment on the Administrative Record. No timely objection has been filed. Regardless, the Court has conducted a de novo review of this matter. Based upon that examination, the Court concludes that the thorough Report and Recommendation is correct. For the reasons stated therein, the Report and Recommendation is **APPROVED AND ADOPTED**. The Motion for Judgment on the Administrative Record is **DENIED** and the decision of the Commissioner is **AFFIRMED**.

This is a final order and the Clerk shall close the case.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE